UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
REPUBLIC OF BENIN, et al.,          :
                                    :
            Plaintiffs,             :         **ORDER**
                                    :
       -against-                    :     **06 Civ. 0870 (JGK)(MHD)**
                                    :
BEVERLEY MEZEI, et al.,             :
                                    :
            Defendants.             :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


It is hereby


ORDERED that a conference has been scheduled in the above-captioned action on **WEDNESDAY, MAY 27, 2009, at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
  **May 21, 2009**

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been sent today to:

Michael Atadika, Esq.
Atadika & Atadika
60 East 42nd Street
New York, NY 10165

Terrance G. Reed, Esq.
Lankford, Coffield & Reed, P.L.L.C.
120 North St. Asaph Street
Alexandria , VA 22314

Todd Harris Hesekiel, Esq.
Ackerman, Levine, Cullen, Brickman & Limmer, LLP
1010 Northern Boulevard, Suite 400
Great Neck, NY 11021

Edward Richard Finkelstein Esq.
Tarter Krinsky & Drogin LLP
470 Park Avenue South, 14th Floor
New York, NY 10016

John Dominick D'Ercole, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck LLP
1345 Avenue of the Americas -- 31st Floor
New York, NY 10105

Alfred Koller
1255 Fifth Avenue
(3-K)
New York, NY 10029