UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| REPUBLIC OF BENIN | : |
| | : |
| Plaintiff, | : 06CV0870 (JGK) (MHD) |
| | : |
| -against- | : |
| | : **NOTICE OF CROSS-MOTION** |
| BEVERLY MEZEI, ROBIN SHIMOFF and ALFRED KOLLER, | : |
| | : |
| Defendants. | : |

-------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed affirmation with exhibits of Edward R. Finkelstein dated October 30, 2009, the Affirmation of M. Nader Ahari, dated October 22, 2009, the Affidavit of Jacob Selechnik dated October 29, 2009, the Declaration of Robin Shimoff dated October 28, 2009, the Declaration of Beverly Mezei dated September 29, 2006, the Declaration with Exhibit of Alfred Koller dated September 29, 2006, and upon all the prior papers and proceedings had herein, Defendants Robin Shimoff ("Shimoff") and Beverly Mezei ("Mezei") will move this Court, before the Honorable John G. Koeltl at the United States Courthouse located at 500 Pearl Street, New York, New York, on a date to be determined by the Court for an order, (a) pursuant to Fed. R. Civ. P. 56(b), granting Shimoff and Mezei summary judgment

dismissing the Second Amended Complaint as against them, and (b) granting them such other and further relief as the Court deems just and proper in the circumstances.

Dated: New York, New York
      October 30, 2009

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant Robin Shimoff*

By:_____
      Edward R. Finkelstein
      1350 Broadway– 11th Floor
      New York, New York 10018

          and

**ACKERMAN, LEVINE, CULLEN, BRICKMAN & LIMMER, LLP**
*Attorneys for Defendant Beverly Mezei*

By:_____
      Todd H. Hesekiel, Esq.
      1010 Northern Boulevard, Suite 400
      Great Neck, New York 11021

TO:    **ATADIKA & ATADIKA**
      *Attorneys for Plaintiff*
      60 East 42nd Street
      New York, New York 10165

      **LANKFORD, COFFIELD & REED PLLC**
      *Co-Counsel for Plaintiff*
      120 North Saint Asaph Street
      Alexandria, Virginia 22314

      **ALFRED KOLLER**
      *Defendant Pro Se*
      1255 5th Avenue
      Suite 3K
      New York, New York 10029