UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
REPUBLIC OF BENIN,

                         Plaintiff,

- against-

BEVERLY MEZEI, ROBIN SHIMOFF, OFFICE OF
THE REGISTER OF THE CITY OF NEW YORK, and
THE CITY OF NEW YORK,

                        Defendants.
------------------------------------------------------------X

06 CV 0870
Judge Koeltl

DECLARATION OF
ALFRED KOLLER

ALFRED KOLLER declares under penalty of perjury as follows:

1. I am an attorney admitted to practice before this Court.[1]

2. In or about October 2004, I represented the Republic of Benin with respect to its sale of a piece of real property in Bronx County, New York, identified as 4668 Grosvenor Avenue ("the Property").

3. In conjunction with that transaction, I had at least three meetings with Rogatien Biaou, the Foreign Minister of the Republic of Benin.

---

[1] It has been brought to my attention that my registration status with the New York State Supreme Court Appellate Division, First Judicial Department was "suspended" on October 19, 1998 for failure to pay timely my attorney's registration fees. I was aware that my 1998 dues were paid late; however, I was unaware that I was deemed "suspended" as a result. I have paid my dues timely since 1998. Aside from this 1998 incident, I have never been suspended from practicing law for any reason. I am in contact with the Appellate Division, First Department, in an effort to correct this problem.

4. During these meetings, Mr. Biaou told me that the Beninese government authorized the sale of the Property. Mr. Biaou also told me that Thomas Guedegbe was authorized to execute all documents relevant to this transaction for the Republic of Benin.

5. Mr. Biaou was unable to attend the closing of the Property.

6. As a result of Mr. Biaou's inability to attend the closing, and in accordance with Mr. Biaou's earlier advice to me, Mr. Guedegbe attended the closing and executed all documents on behalf of the Republic of Benin.

7. I attach as Exhibit 1 a copy of a letter that I signed to Triad Abstract Ltd. on October 1, 2004, addressing the same issues as discussed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2006

_____
ALFRED KOLLER (AK-1127)

201205

10/1/04

RIAD ABSTRACT LTD.
17 MINEOLA BLVD.
MINEOLA, NY 11501

RE: TITLE NO.: TAL 4136 B
GROSVENOR AVENUE, BRONX
BLOCK 5821, LOT 2804

GENTLEMEN:

THIS IS TO ADVISE THAT THE FOREIGN MINISTER OF THE REPUBLIC OF BENIN HAS TOLD ME THE THOMAS UEDEGBE, DIRECTOR OF ADMINISTRATION, MINISTRY OF FOREIGN AFFAIRS OF SAID REPUBLIC, HAS AUTHORITY TO EXECUTE ALL DOCUMENTS IN CONNECTION WITH THE SALE OF THE ABOVE PREMISES TO ROBIN STHMOFF ON THIS DATE. I SHALL FORWARD A LETTER TO THIS EFFECT FROM THE FOREIGN MINISTER.

ALFRED KOLLER, ESQ.
1255 FIFTH AVENUE
NEW YORK, NY 10029
(212) 427-3595